IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOANN THOMAS,                              )
                                           )    Civil Action No. 11 - 319
v.                                         )    Chief Magistrate Judge Lisa Pupo
                                           )    Lenihan
SCHLEE & STILLMAN LAW, et al,              )
                                           )

INITIAL SCHEDULING ORDER

AND NOW, this 11th day of May, 2011, IT IS HEREBY ORDERED that this action is

placed under Local Rule 16.1 for pretrial proceedings and all provisions of the Rule will be

strictly enforced.

IT IS FURTHER ORDERED that counsel shall confer with their clients prior to all case

management, status or pretrial conferences to obtain authority to participate in settlement

negotiations to be conducted by the Court.  Counsel are encouraged to instruct the principals to

be available by telephone to facilitate the amicable resolution of all litigation.

IT IS FURTHER ORDERED that compliance with provisions of Rule 16 shall be

completed as follows:

1.     Initial disclosures pursuant to Fed. R. Civ. P, 26(a) shall be made by May

       31, 2011.

2.     Amendments to the pleadings and joinder of additional parties will be

       completed by September 3, 2011.

3.     The parties shall complete fact discovery by October 11, 2011. All

       interrogatories, depositions and requests for admissions and/or production

of documents shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

4.     The ADR process selected by the parties shall take place by July 11, 2011.

5.     A status/settlement conference will be held on October 17, 2011 at 3:00 pm.  Trial counsel shall attend and the parties shall be available by telephone.

IT IS FURTHER ORDERED that the parties shall follow this Court's Order on Motions Practice in connection with all pretrial motions.  The pendency of motions, including dispositive motions, will not stay the time periods set forth in, nor affect any other compliance requirements of, the Scheduling Orders.


_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge


cc:     All counsel of record.