# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANN THOMAS, | Civil Action No. 11 - 319 |
| Plaintiff, | |
| v. | Chief Magistrate Judge Lisa Pupo Lenihan |
| SCHLEE & STILLMAN LAW OFFICE, LLC. And FIA CARD SERVICES, N.A. | |
| Defendants. | |

## ORDER

Counsel for the Plaintiff has informed the Court that this case has settled. The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P.41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 7th day of July, 2011, that the Clerk of Court shall mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open, and this case will proceed as if this order had not been entered.

Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: Counsel of record.